# MEMORANDUM
## RE: REQUEST FOR TRAVEL ARRANGEMENTS

**TO:** The Honorable United States District Judge

DATE: 2-16-2012

FROM: Fred Hill Atcheson

SUBJECT: Travel Authorization Request

CASE NAME: United States v. Ashley Page Tom et.al.

CASE NUMBER: 3:12-CR-05-LRH-VPC

NAME OF PERSON TRAVELING: Fred Atcheson

ADDRESS: P.O. BOX 8292, Reno, NV. 89507

It is requested that advance authority be granted to travel from Reno, Nevada to the Fort McDermitt Indian Reservation. The approximate dates of travel are expected to be from February 21st, 2012 to February 23rd, 2012, and one additional trip in early March, 2012. The above dates and multiple trip requests are estimates only depending upon weather and necessity. Mileage, one way, is 203 miles. It is estimated two round trip excursions will be required prior to a trial. Additional time in Winnemucca will be needed as the first hospitalization was there. Total cost of travel will be less than $600.00 for two round trips.

The purpose of travel is to do the initial investigation and to interview witnesses to the events at issue in this case.

It is requested that travel be by private car as the least expensive manner of conveyance in this case. If a hotel is used then it will be in Winnemucca.

Counsel _____/S/_____   Date _____2/16/2012.

IT IS SO ORDERED this __17th__ day of __Feb, 2012__.

_____
UNITED STATES DISTRICT JUDGE